**FILED**
UNITED STATES DISTRICT COURT

MAR 1 9 2007

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 00-cr-00439-DBS-17

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

~~CEDRIC WILLIAMS,~~

    Defendant.

---

## ORDER TERMINATING SUPERVISED RELEASE UNSATISFACTORILY

---

**THIS MATTER** was before the Court upon report of the probation officer regarding the defendant's unsatisfactory adjustment to supervision.

On March 16, 2007, a supervised release violation hearing was held and the defendant admitted to the violations as alleged. The Court finds that the defendant's adjustment to supervision has been unsatisfactory. It is hereby

**ORDERED** that the defendant's supervision is unsatisfactorily terminated effective March 16, 2007.

**DATED** at Denver, Colorado, this __19__ day of March, 2007.

BY THE COURT:

_____
Richard P. Matsch
Senior District Judge